December 12, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

MARILYN WHITE, Appellant

NO. 14-13-00865-CV                    V.

PHARIA, LLC, Appellee
_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on August 27, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Marilyn White.

We further order this decision certified below for observance.